FILED

THE UNITED STATES DISTRICT COURT
FOR THE FIFTH DISTRICT OF FLORIDA 2022 AUG -9 PM 3: 16
THE VOLUSIA COUNTY SEVENTH JUDICIAL CIRCUIT COURT 1

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

31 DIVISION JUDGE
CASE NO. D521 2569
CASE 202031437 CICI
Judge Leah R. Case - Seventh Judicial Circuit Court
Judge Dennis Craig, Daytona Beach – Volusia County

6:22-cv-1417-cem-LHP

Plaintiff
Shirley Baker
Shirley Baker Anderson
Vs
The City of Daytona Beach Florida Municipal
RAYAN BELL PRESIDENT Midland Funding LLC/
Midland Credit Management (MCM)
D/B/A CSMC22019 RPL3 TRUST
SUNTRUST MORTGAGE OF VIRGINIA/ TRUIST BANK
ATTORNEY'S GARY M. GLASSMAN, ROBERT SCOTT KAHANE & ASSOCIATES
THOMAS CROWDER, CINDY WOLPER BORIZILLO, RORICK WILLIS F. II
JOSEE RODRIGUIZ LUIS III D/B/A
RODRIGUIZ REALTY ACQUISITIONS AND DEVELOPMENT INC.

COMPLAINT AGAINST FRAUDLENT PRIVATE PROPERTY CONVERSION OF PROPERTY TITLE VIOLATION OF USC 15 1962 E CLAIMS FOR FRAUD, CONVERSION. RECOVERY OF DAMAGES,

ETC. DISCRIMINATION AND FOR ANTITRUST VIOLATIONS ON CLAIM AGAINST PERSON BASED ON OFFICIAL ACTION DIRECTED BY LOCAL GOVERNMENT, OR OFFICIAL OR EMPLOYEE...BOTH ILLGAL BEHAVIORS AND UNETHIAL UNER THE USC FOUTHEETH AMENDMENT RIGHTS. The 2019 Florida Legislature passed bill CS/HB 1159 related to Private Property Rights. 1) The right to acquire, possess, and protect your property. 2) The right to use and enjoy our property.Own3) the right to exclude others from own property. 4) The right to dispose of own property.5). The right to due process.6) the right to just compensation for property taken for a public purpose. 7) The right to relief, or payment of compensation, when a new law, rule, regulation, or ordinance of the state or a political entity unfairly affects my property.

Date 8/8/2022
Shirley Baker Anderson
723 Kentucky Street

*Shirley Baker Anderson* [signature]

ROBERT KAHANE SCOTT
8201 peter road
Plantation Florida 33324
Daytona beach Florida 32114
Municipal Gov. Attorney Gary M. Glassman Bar. No 825786
301 S. RIDGEWOOD AVNUE
DAYTONA BEACH, FLORIDA 32114

## Certificate Of Service

The Plaintiff/Defendant Sent A Copy Of Court Documents To The Opposing Party Or Their Attorney. The name of the person or persons served, the date of service, the method of service, and the mailing address or email address to which service was made, Robert Scott Kahane & Associates. Address 8201 Peters Road Ste. 3000. Plantation, Florida 33324. Telephone: (954)382-3486. Telefacsimile: (954)382-5380. For E-Service: notice@kahaneandassociates.com.

**Kahane and Associates, P.A. Law Firm.** http://www.kahaneandassociates.com. **Contact** Kahane & Associates, P.A. 8201 **Peters Road**, Suite **3000. Plantation, FL 33324**. Telephone: (954)382-3486. Telefacsimile: (954)382-5380.

Date 8/9/2022

Shirley Baker Anderson
723 Kentucky Street
Daytona beach, Florida 32114

*Shirley Baker Anderson*

| Form **COL** | **Violation Warning**<br>**Denial of Rights Under Color of Law** | |
|---|---|---|
| | ▶ Violation Warning—18 U.S.C. §242; 18 U.S.C. §245; 42 U.S.C. §1983 | |

Name and address of Citizen:
Shirley Baker
723 Kentucky St.
Daytona Beach, Fla. 32114

Name and address of Notice Recipient:
CSMC WO.2   WMC @
CSMC 219 RPL3 Trust
Case 2020 31437 CICI

Citizen's statement: I am the owner of property Midland Funding LLC filed fraud foreclosure scam. Mark and Darrel Richardson found by fraud. fraudently induced Criminal activity. This Assertion is fraud. A document is a violation 18 USC 242

I certify that the forgoing information stated here is true and correct.

Citizen's signature: Shirley Baker   Date ▶ Nov. 19 2020

**Legal Notice and Warning**

Federal law provides that it is a crime to violate the Rights of a citizen under the color-of-law. You can be arrested for this crime and you can also be held personally liable for civil damages.

Attempting to cause a person to do something by telling that person that such action is required by law, when it is not required by law, may be a felony.

18 USC §242 provides that whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States ... shall be fined under this title or imprisoned not more than one year, or both.

18 USC §245 provided that Whoever, whether or not acting under color of law, intimidates or interferes with any person from participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; [or] applying for or enjoying employment, or any perquisite thereof, by any agency of the United States; shall be fined under this title, or imprisoned not more than one year, or both.

42 USC §1983 provides that every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

**Warning**, you may be in violation of Federal Law and persisting with your demand may lead to your arrest and/or civil damages! Also understand that the law provides that you can be held personally responsible and liable, as well as your company or agency.

**You are advised** to cease and desist with your demand and to seek *personal* legal counsel if you do not understand the law.

Notice of Service:
I, Shirley Baker, certify that I personally delivered this notice to above named recipient and address on Nov. 19 at 2020

Public Domain—Privacy Form COL(01)

723 Kentucky St.
Daytona Beach, Fla.
3862335081  32114

Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

Defendant No. 1
- Name: Att. Robert Scott Kahane & Assoc.
- Job or Title (if known): Attortney 825786
- Street Address: 8201 Peter Rd Ste 3000
- City and County: Plantation,Plantation · Broward County
- State and Zip Code: Florida 33324
- Telephone Number: 954-382-3486
- E-mail Address (if known): rkahane@kahaneandassociates.com

Defendant No. 2
- Name: Thomas Crowder
- Job or Title (if known): Attorney Bar Number: 173517
- Street Address: 8201 Peters Rd Ste 3000. Plantation,or  651 E Jefferson St Tallaha
- City and County: Plantation Broward County or Leon County
- State and Zip Code: FL 33324-3292.
- Telephone Number: 850-561-5600
- E-mail Address (if known): tcrowder@kahaneandassociates.com

Defendant No. 3
- Name: Cindy Wolper Borizillo
- Job or Title (if known): (954) 382-3486 x2540.
- Street Address: 8201 Peters Rd Ste 3000.Plantation · CountyBroward County
- City and County: Plantation Broward County
- State and Zip Code: Florida 33324
- Telephone Number: (954) 382-3486 x2540.
- E-mail Address (if known): https://www.floridabar.org/mybarprofile/145912

Defendant No. 4
- Name: Roderick Fernando Willis:  no limit home improvement llc
- Job or Title (if known): Contractorun lic
- Street Address: 609 Cassin Ave
- City and County: Daytona Beach Fl.
- State and Zip Code: Fl 32114
- Telephone Number:
- E-mail Address (if known):

Defendant No. 1

- Name: Robert Scott Kahane & Assoc.
- Job or Title (if known): Attorney law firm
- Street Address: Attorney 8201 Peter Rd
- City and County: Plantation Rd
- State and Zip Code: Fla. 33312
- Telephone Number: 954-382-3486.
- E-mail Address (if known):

Defendant No. 2

- Name: Midland funding LLC
- Job or Title (if known): SAN DIEGO, CA 92108
- Street Address: 350 CAMINO DE LA REINA, SUITE 300
- City and County: 350 CAMINO DE LA REINA, SUITE 300
- State and Zip Code: CalforniaCA 92108
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3

- Name: Cindy Wolfer Borzillo
- Job or Title (if known): attorney
- Street Address:
- City and County: plantation954
- State and Zip Code: fl 33324
- Telephone Number: 954-382-3486.
- E-mail Address (if known):

Defendant No. 4

- Name: Thomas Crowder
- Job or Title (if known): attorney
- Street Address: 8201 peter rd
- City and County: plantation, fl
- State and Zip Code: fl 33324
- Telephone Number:
- E-mail Address (if known):

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question     [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Does Homestead private property Have property rights of protections Fl. Statue 70.002   Property Owner Bill of Rights to include the right for just compensation for property when property taken for a public purpose, or when t taken Probated private Land Heir rights by Fraud and/or Forgery should then receive fair market The right to relief, or payment of compensation, when a new law, rule, regulation, or

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Shirley Anderson , is a citizen of the State of *(name)* City of Daytona Beach .

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* CSMC 2019 RPL3 Trust , is incorporated under the laws of the State of *(name)* Foreign filing ,

   and has its principal place of business in the State of *(name)*

   Daytona Beach, Fla. 32114 .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* BELL, RYAN -Title PRESIDENT , is a citizen of the State of *(name)* SAN DIEGO, CA 92108 . Or is a citizen of

   *(foreign nation)* .

Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

   The plaintiff, (name) Gary M. Glassman , is a citizen of the State of (name) Florida .

2. If the plaintiff is a corporation

   The plaintiff, (name) Midland Funding LLC MIDLAND CREDIT MANAGEME , is incorporated under the laws of the State of (name ) SAN DIEGO, CA 92108 , and has its principal place of business in the State of (name) 350 CAMINO DE LA REINA, SUITE 300 .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

   The defendant, (name) BELL, RYAN , is a citizen of the State of (name) 350 CAMINO DE LA REINA, SUITE 3 . Or is a citizen of (foreign nation) Foreign Limited Liability Company .

2. If the defendant is a corporation

   The defendant, (name) MIDLAND FUNDING LLC  Date Filed 02/01/2021 , is incorporated under the laws of the State of (name) 350 CAMINO DE LA REINA, SUITE 300 , and has its principal place of business in the State of (name) SAN DIEGO, CA 92108 .
   Or is incorporated under the laws of (foreign nation) SAN DIEGO, CA 92108 , and has its principal place of business in (name) SAN DIEGO, CA 92108 .

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question         [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Does Homestead private property Have property rights of protections Fl. Statue 70.002   Property Owner Bill of Rights to include the right for just compensation for property when property taken for a public purpose, or when t taken Probated private Land Heir rights by Fraud and/or Forgery should then receive fair market The right to relief, or payment of compensation, when a new law, rule, regulation, or

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual  *Shirley Buker Anderson*
       The plaintiff, *(name)* Shirley Anderson , is a citizen of the
       State of *(name)* City of Daytona Beach .

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* CSMC 2019 RPL3 Trust , is incorporated
       under the laws of the State of *(name)* Foreign filing ,
       and has its principal place of business in the State of *(name)*
       Daytona Beach, Fla. 32114 .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* BELL, RYAN  -Title PRESIDENT , is a citizen of
       the State of *(name)* SAN DIEGO, CA 92108 . Or is a citizen of
       *(foreign nation)* .

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

b. If the defendant is a corporation

The defendant, *(name)* MIDLAND FUNDING LLC, is incorporated under the laws of the State of *(name)* P.OBox 939069 San Diego, California 924, and has its principal place of business in the State of *(name)* ste 300 SAN DIEGO, CA 92108.

Or is incorporated under the laws of *(foreign nation)* Foreign Limited Liability Company, and has its principal place of business in *(name)* Mid Credit MANAGEMENT, INC.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$131,100.00

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Sun trust Mortgage of located in 901 Semmes Ave. Richmond, VA 23224.

B. What date and approximate time did the events giving rise to your claim(s) occur?

Date 9/13/2005 file 9/20/2005
quiet lis pendens filed 10/30/2020 to foreclose.

Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
unfairly affects my private personal property. Quiet Lis Pe4nde3ns Filed 10/30/2020 by CSMC 2019 RPL3 Trust MERS Transfer Assignment Mortgage claim dated 9/13/2005. SunTrust Mortgage of Vichmond Virginia . An disputed assignment transfer Mortgage of $124,000.00. Judgement Ordered $117,895.62 relating unfair judment created 10/1/2021 by Judge Leah R. Case. Local court created a rule decisions A new law, to rule 11/12/2021 Bidder $131,100.00. 11/12/2021. Just value $151,454.00

## III. Statement of Claim

A. Describe the property that you own that is the subject of this complaint, including its value.
damaged property,selling price of the property sold for less then devalue location increased value near to the D B Racing International Speedway area. My permanant personal private property residence Home address & Homestead rights, Tax Deed 1992 11/18/92 private owner of private property. personal address located at 723 Kentucky Street. D B, Fla. Private Owner and I am the Owner deed of Entitlement my mother estate of 1987. I am the administrator interest and joint Heir of Estate located

B. How and when did you come to own the property?
Probated Estate 1987 0681 02. of Mother Mable J. Drake Estate the Original owner . Fla. Statue 196.0031 homestead registered Shirley Anderson legal primary residence, Legal rights to Probated Land Joint Right of Survivorship Entitlement private personal property Tax Deed 11/18/01992 Tax private Interest Estate Property Mable Jones Drake the Original Owner no obligation clear and freely owned private personal Heir Joint Right of Survivorship and Entitlement right to acquired, possess

C. How and when did the defendant(s) obtain possession of the property? Describe with particularity the actions the defendant(s) took to convert the property.
Fraudlent MERS Transfer Assignment fileed 9/13/2005 Suntrust Mortgage of Virginia.Midlaned Fundsing pretending to be CSMC 2019 RPL3 Trust foreclosure 10/1/2021.Attempted to create a Chain of Title on property rights by filing Certificate of Title filed 11/12/2021 for business. Judgement Ordered $117,895.62 relating unfair judment 10/1/2021. by Judge Leah R. Case. Local court created a rule decisions A new law, to rule Bidder $131,100.00. 11/12/2021.Quick deed 03/08/2022.

D. *(If the defendant(s) rightfully came into possession of the property):* Describe how and when you notified the defendant(s) that the property belonged to you. Describe how and when you demanded that the defendant(s) deliver or return the property, and what response you received from the defendant(s). Attach a copy of any written correspondence with the defendant(s), if such copies exist.
Not representeed by an attorney but case continued to recieve letterers from address even though the coust was closed during the Pandemic. Schduled Hearing 3/31/2021 at 3:00 pm. I was not allowed to enter the Court House that day. I was toll to call a zoom number but was not allow to speak only the Attorney and Judge Case. Unknow who was on the phone. Midland Funding who filed case was not present. Pro Se Shirley Baker w/answer and affirm defenses filed Motion to Dismiss. 11/9/2021.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Case 6:22-cv-01417-CEM-LHP   Document 1   Filed 08/09/22   Page 11 of 11 PageID 11

| 11/05/2020 | 12 | TWENTY DAY SUMMONS | To UNKNOWN SPOUSE OF SHIRLEY BAKER fwd to pltf's atty via eservice for SOP |
|---|---|---|---|
| 11/05/2020 | 11 | TWENTY DAY SUMMONS | To SHIRLEY BAKER fwd to pltf's atty via eservice for SOP |
| 10/30/2020 | 10 | REQUEST SUMMONS | to Midland Funding LLC |
| 10/30/2020 | 9 | REQUEST SUMMONS | to Unknown Person(s) in possession of the subject property |
| 10/30/2020 | 8 | REQUEST SUMMONS | to Unknown Spouse of Shirley Baker |
| 10/30/2020 | 7 | REQUEST SUMMONS | to Shirley Baker |
| 10/30/2020 | 6 | MOTION TO APPT / APPOINTING PROCESS SERV. | by CSMC 2019-RPL3 Trust w/o prop order |
| 10/30/2020 | 5 | NOTICE OF LIS PENDENS | Instrument: 2020214837 Book: 7938 Page: 1705 View: 2020214837 |
| 10/30/2020 | 4 | CERTIFICATE BY/FOR PLAINTIFF | CSMC 2019-RPL3 Trust of Original Note of Possession |
| 10/30/2020 | 3 | WORKSHEET | for Real Property |
| 10/30/2020 | 2 | COMPLAINT / PETITION TO FORECLOSE | |
| 10/30/2020 | 1 | CIVIL COVER SHEET | |