**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SHIRLEY BAKER ANDERSON,

      Plaintiff,

v.                                        Case No:   6:22-cv-1417-CEM-LHP

THE CITY OF DAYTONA BEACH
MUNICIPAL, RAYAN BELL,
SUNTRUST MORTGAGE OF
VIRGINIA, GARY M. GLASSMAN,
ROBERT SCOTT KAHANE &
ASSOCIATES, THOMAS CROWDER,
CINDY WOLPER BORIZILLO,
RORICK F. WILLIS, II , JOSEE
RODRIGUIZ LUIS, III   and
MIDLAND FUNDING LLC,

      Defendants

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION QUI TAM THE FALSE CLAIMS ACT, THE RELATOR ARE FILED UNDER SEAL FALSE CLAIMS ACT (FCA), 41 U.S.C. 31 3729(b), 31 U.S.C. §§ 3729 - 3733   (Doc. No. 45)**
>
> **FILED:** **January 18, 2023**

**THEREON** it is **ORDERED** that the motion is **DENIED**.

Before the Court is a motion by Plaintiff, who appears *pro se*, titled "Motion Qui Tam the False Claims Act, the Relator are Filed Under Seal False Claims Act (FCA), 41 U.S.C. 31 3729(b), 31 U.S.C. §§ 3729 – 3733." Doc. No. 45. Upon review of the motion and the docket, the motion will be **DENIED** because this case was dismissed without prejudice on December 27, 2022, and the case has been closed. *See* Doc. No. 37. *See also* Doc. Nos. 39, 42 (denying motions to reopen case); Doc. No. 44 (striking similar filing by Plaintiff, which was construed as an attempt to file an amended complaint, because the case is closed).

Even if the Court were to consider the motion – and Plaintiff has provided no legal authority authorizing the Court to consider said motion in a closed case – the motion fails to comply with the Local Rules, including Local Rules 1.08, 3.01(a), and 3.01(g). *See also Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) (stating that *pro se* litigants are "subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure").

**DONE** and **ORDERED** in Orlando, Florida on January 20, 2023.

*[signature: Leslie Hoffman Price]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties