## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
#### ORLANDO DIVISION

SHIRLEY BAKER ANDERSON,

        Plaintiff,

v.                                Case No:   6:22-cv-1417-CEM-LHP

THE CITY OF DAYTONA BEACH
MUNICIPAL, RAYAN BELL,
SUNTRUST MORTGAGE OF
VIRGINIA, GARY M. GLASSMAN,
ROBERT SCOTT KAHANE &
ASSOCIATES, THOMAS CROWDER,
CINDY WOLPER BORIZILLO,
RORICK F. WILLIS, II , JOSEE
RODRIGUIZ LUIS, III   and
MIDLAND FUNDING LLC,

        Defendants

_____

### ORDER

    This cause came on for consideration without oral argument on the following motion filed herein:

| |
|---|
| **MOTION:**  **JUDGE IS BIAS AND PREJUDICE PURSUANT RECUSAL DISQUALIFICATION RULE FLA. RULE 2.3330 . . . .   (Doc. No. 47)** |
| **FILED:**    **January 23, 2023** |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

Before the Court is a motion by Plaintiff, who appears *pro se*, which is titled as a motion for recusal, but from the motion it is not actually clear what relief Plaintiff seeks.   Doc. No. 47.   In any event, on review of the motion and the docket, the motion will be **DENIED** because this case was dismissed without prejudice on December 27, 2022, and the case has been closed.   *See* Doc. No. 37.   *See also* Doc. Nos. 39, 42 (denying motions to reopen case).

Even if the Court were to consider the motion – and Plaintiff has provided no legal authority authorizing the Court to consider said motion in a closed case – the motion fails to comply with the Local Rules, including Local Rules 1.08, 3.01(a), and 3.01(g).   *See also Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) (stating that *pro se* litigants are "subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure").

**DONE** and **ORDERED** in Orlando, Florida on January 25, 2023.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 2 -